# UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc # _____
Date Filed:  9/25/20
```

United States District Court
Southern District of New York
-----------------------------------------------------------X
United States of America,

               Plaintiff               **SCHEDULING ORDER**

    -against-                        7:20-cr-502-UA

Juan Navarro
                 Defendant
-----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled an Arraignment on an Indictment for 9/30/2020 at 12 pm before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739. Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated:  September 25, 2020
           White Plains, New York

                                          SO ORDERED:

                                          s/     PED
                                          _____

                                          PAUL E. DAVISON
                                          United States Magistrate Judge