U.S. Department of Justice

United States Attorney
Southern District of New York

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

October 28, 2020

**BY ECF**
Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Re:   United States v. Juan Navarro, 20 Cr. 502 (KMK)

Dear Judge Karas:

The Government, with the consent of defense counsel, respectfully requests an adjournment of the pretrial conference scheduled for November 24, 2020 until December 22, 2020. The adjournment will allow additional time for laboratory testing of several exhibits for the presence of narcotics, and for the defense to review the test results. With the consent of defense counsel, the Government moves to exclude time under the Speedy Trial Act until the date the Court sets for the next pretrial conference, in order to give the defendant the opportunity to review the discovery and prepare any pretrial motions.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

by:  /s/ T. Josiah Pertz
T. Josiah Pertz
Assistant United States Attorney
(914) 933-1966

cc: Susanne Brody, Esq.

*The 11/24/20 conference is moved to 1/7/21 at 10:30 am. Time is excluded until then, in the interests of justice, to allow Defendant to review discovery in preparation for possible pre-trial motions. So Ordered.*

10/30/20