UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Juan Navarro,

Defendant.

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR
TELE CONFERENCE**

**20 Cr. 502(KMK)**

Defendant Click or tap here to enter text. hereby voluntarily consents to participate in the
following proceeding via    ☐ videoconferencing or ☒ teleconferencing:

☐    Initial Appearance Before a Judicial Officer

☐    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of
      Indictment Form)

☐    Guilty Plea/Change of Plea Hearing

☐    Bail/Detention Hearing

☒    Conference Before a Judicial Officer – Pretrial conference


Juan Navarro    *Susanne Brody*                            *Susanne Brody*
Defendant's Signature                          Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Juan Navarro                                  Susanne Brody
Print Defendant's Name                        Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

January 7, 2021
Date                                          Hon. Kenneth M. Karas, U.S. District Judge
                                              Southern District of New York