**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

MEMO ENDORSED

*United States District Courthouse*
*300 Quarropas St.*
*White Plains, NY 10601*

February 17, 2021

**BY ECF**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Re: <u>United States v. Juan Navarro</u>, 20 Cr. 502 (KMK)

Dear Judge Karas:

On January 13, 2021, in the above-referenced case, the Court excluded time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until February 19, 2021, and set a motion schedule with due dates extending to March 19, 2021. (Dkt. No. 26.)

The Government and the defendant have been engaged in discussions regarding a pretrial disposition of this matter, and discussions are now at an advanced stage. The Government writes to respectfully request that the time between February 19, 2021 and March 19, 2021 be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to allow the parties time to continue to engage in discussions regarding a potential pretrial resolution of this matter. The Government respectfully submits that the proposed exclusion would be in the interest of justice.

On February 16, 2021, the defendant, by counsel, consented to this request.

Granted. Time is excluded, in the interests of justice, until March 19, 2021. The exclusion allows the Parties to continue their discussions toward a disposition, which are represented to be at an advanced stage. The interests of justice from this exclusion outweigh the public's and Defendant's interest in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.

*[signature]*
2/17/21

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: /s/ T. Josiah Pertz
T. Josiah Pertz
Assistant United States Attorney
(914) 993-1966