## UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

USDC SDNY
Document
Electronically Filed
Doc # _____
Date Filed: March 16, 2021

United States District Court
Southern District of New York
-----------------------------------------------------------X

United States of America,

              Plaintiff                       **SCHEDULING ORDER**

     -against-                          7:20-cr-502-KMK

Juan Navarro

                Defendant
-----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled a Arraignment on an Information and Plea Hearing for 3/19/2021 at 11 am before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739.  Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated:   March 16, 2021
          White Plains, New York

                                           SO ORDERED:

                                           s/      PED
                                           _____

                                           PAUL E. DAVISON
                                           United States Magistrate Judge