UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

**UNITED STATES OF AMERICA**                       20 CR 00502 (KMK)

          against

                                          **ORDER**

**Juan Navarro,**

-----------------------------------------------------------

Defendant, Juan Navarro, is hereby ordered to surrender to the United States Marshal by 12:00 p.m. on Friday, May 28, 2021, for the reasons stated on the record on April 29, 2021.

So Ordered: _____          5/17/2021
                        U.S. District Judge                                  Date