# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, NY 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

MEMO ENDORSED

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 10, 2024

VIA EMAIL AND ECF

The Honorable Kenneth M. Karas
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Juan Navarro*, 20-cr-502-1 (KMK)

Dear Honorable Judge Karas:

I write to request re-appointment on the above caption case for the purposes of supplementing Mr. Navarro's *pro se* motion for a reduction of sentencing pursuant to 18 U.S.C. § 3582(c)(2) filed on December 20, 2023. ECF No. 56.

My office represented Mr. Navarro from his arrest on July 30, 2020, through to his sentencing on October 26, 2021. Often our office is re-appointed to assist in post-conviction matters where rules are being applied retroactively. We do believe Mr. Navarro qualifies for the relief he is seeking and wish to help him supplement his request before this Court. Therefore, I am respectfully requesting to be re-appointed in this matter to serve that purpose.

Thank you for your time and consideration.

Granted.
So Ordered
*[signature]*
1/10/24

Sincerely,

*[signature]*

Elizabeth K. Quinn
Assistant Federal Defender

cc: Timothy J. Pertz, AUSA